Liza M. Walsh
Selina M. Ellis
Lauren R. Malakoff
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
(973) 757-1100

*Counsel for Plaintiff Eli Lilly and Company*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ELI LILLY AND COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EMPOWER CLINIC SERVICES, LLC<br>d/b/a EMPOWER PHARMACY,<br>EMPOWER CLINIC SERVICES NEW<br>JERSEY LLC d/b/a EMPOWER PHARMA,<br><br>　　　　　Defendants. | Civil Action No. _____<br>*Electronically Filed* |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

　　　Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Plaintiff Eli Lilly and Company ("Lilly") by and through its attorneys, hereby makes the following disclosures:

　　　Lilly has no parent corporation, and no publicly held company owns a 10% or greater interest in Lilly's stock.

1

| | |
|---|---|
| Dated: April 1, 2025 | WALSH PIZZI O'REILLY FALANGA LLP |
| | |
| | */s/ Liza M. Walsh* |
| OF COUNSEL (*pro hac vice* forthcoming): | Liza M. Walsh |
| | Selina M. Ellis |
| James F. Hurst | Lauren R. Malakoff |
| Diana M. Watral | Three Gateway Center |
| Robin McCue | 100 Mulberry Street, 15th Floor |
| Ryan Moorman | Newark, New Jersey 07102 |
| James Hileman | (973) 757-1100 |
| KIRKLAND & ELLIS LLP | |
| 333 West Wolf Point Plaza | |
| Chicago, Illinois 60654 | *Counsel for Plaintiff Eli Lilly and Company* |
| Telephone: (312) 862-2000 | |
| Facsimile: (312) 862-2200 | |
| diana.watral@kirkland.com | |
| james.hurst@kirkland.com | |
| robin.mccue@kirkland.com | |
| ryan.moorman@kirkland.com | |
| jhileman@kirkland.com | |
| | |
| Joshua L. Simmons | |
| KIRKLAND & ELLIS LLP | |
| 601 Lexington Avenue | |
| New York, New York 10022 | |
| Telephone: (212) 446-4800 | |
| Facsimile: (212) 446-4900 | |
| joshua.simmons@kirkland.com | |
| | |
| David I. Horowitz | |
| KIRKLAND & ELLIS LLP | |
| 2049 Century Park East, 38th Floor | |
| Los Angeles, CA 90067 | |
| Telephone: (310) 552-4200 | |
| david.horowitz@kirkland.com | |