| | |
|---|---|
| **BLANK ROME LLP** <br> *A Pennsylvania LLP* <br> Michael R. Darbee, Esq. <br> 300 Carnegie Center, Suite 220 <br> Princeton, New Jersey 08540 <br> Phone: (609) 750-2649 <br> Fax: (609) 228-5417 <br> michael.darbee@blankrome.com | **BLANK ROME LLP** <br> *A Pennsylvania LLP* <br> Shannon McClure, Esq. <br> 130 N. 18th Street <br> Philadelphia, PA 19103 <br> Phone: (215) 569-5586 <br> Fax: (215) 569-5555 <br> shannon.mcclure@blankrome.com |

*Attorneys for Defendants*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELI LILLY AND COMPANY, <br><br> *Plaintiffs*, <br><br> v. <br><br> EMPOWER CLINIC SERVICES, LLC d/b/a EMPOWER PHARMACY, EMPOWER CLINIC SERVICES NEW JERSEY LLC d/b/a EMPOWER PHARMA, <br><br> *Defendants*. | Civil Action No.: 2:25-CV-02183-MEF-MAH <br><br> *Electronically Filed* <br><br> **STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE PLEAD** |

The parties, Plaintiff Eli Lilly and Company ("Plaintiff" or "Eli Lilly"), and Defendants Empower Clinic Services, L.L.C. d/b/a Empower Pharmacy (incorrectly named as "Empower Clinic Services, LLC d/b/a Empower Pharmacy") and Empower Clinic Services New Jersey, LLC d/b/a Empower Pharma (incorrectly named as "Empower Clinic Services New Jersey LLC d/b/a Empower Pharma") (collectively, "Empower" or "Defendants"), by and through their undersigned counsel, hereby stipulate and agree that the time for Defendants to answer, move, or otherwise respond to Plaintiff's Complaint, filed on April 1, 2025 (D.E. 1), shall be extended to June 5, 2025.

The parties further stipulate and agree that if Defendants file a motion in lieu of an answer, the parties will file their briefs according to the following schedule:

1

153819164

- Defendants' opening brief will be filed by June 5, 2025;

- Plaintiff's opposition brief will be filed by July 25, 2025; and

- Defendants' reply brief (if any) will be filed by August 22, 2025.

**STIPULATED AND AGREED TO BY:**

*s/ Liza M. Walsh*
Liza M. Walsh
Selina M. Ellis
Lauren R. Malakoff
**WALSH PIZZI O'REILLY FALANGA LLP**
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
Telephone: (973) 757-1100

*Attorneys for Plaintiff*

*s/ Michael R. Darbee*
Michael R. Darbee
**BLANK ROME LLP**
*A Pennsylvania LLP*
300 Carnegie Center, Suite 220
Princeton, NJ 08540
Telephone: (609) 750-2649
Facsimile: (609) 228-5417
Michael.Darbee@BlankRome.com

**BLANK ROME LLP**
*A Pennsylvania LLP*
Shannon McClure, Esq.
130 N. 18th Street
Philadelphia, PA 19103
Phone: (215) 569-5586
Fax: (215) 569-5555
shannon.mcclure@blankrome.com

*Attorney for Defendants*

2

153819164

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELI LILLY AND COMPANY,<br><br>*Plaintiffs*,<br><br>v.<br><br>EMPOWER CLINIC SERVICES, LLC d/b/a EMPOWER PHARMACY, EMPOWER CLINIC SERVICES NEW JERSEY LLC d/b/a EMPOWER PHARMA,<br><br>*Defendants*. | Civil Action No.: 2:25-CV-02183-MEF-MAH<br><br>***Electronically Filed***<br><br>**ORDER** |

**THIS MATTER** having been opened to the Court by the parties, Plaintiff Eli Lilly and Company ("Plaintiff" or "Eli Lilly"), and Defendants Empower Clinic Services, L.L.C. d/b/a Empower Pharmacy (incorrectly named as "Empower Clinic Services, LLC d/b/a Empower Pharmacy") and Empower Clinic Services New Jersey, LLC d/b/a Empower Pharma (incorrectly named as "Empower Clinic Services New Jersey LLC d/b/a Empower Pharma") (collectively, "Empower" or "Defendants"), through a Stipulation Extending Time for Defendants to Answer or Otherwise Plead in response to Plaintiff's Complaint (D.E. 1), and for good cause shown:

**IT IS** on this _____ day of April 2025:

**ORDERED** that the time for Defendants to answer, move, or otherwise respond to Plaintiff's Complaint, filed on April 1, 2025 (D.E. 1), shall be extended to June 5, 2025. It is further

**ORDERED** that if Defendants file a dispositive motion in lieu of an answer, the parties will file their briefs according to the following schedule:

- Defendants' opening brief will be filed by June 5, 2025;

1

153819164

- Plaintiff's opposition brief will be filed by July 25, 2025; and

- Defendants' reply brief (if any) will be filed by August 22, 2025.

_____
HONORABLE MICHAEL A. HAMMER
UNITED STATES MAGISTRATE JUDGE

2

153819164

## **CERTIFICATION OF SERVICE**

I certify that on this date, I caused a copy of the foregoing Stipulation and Proposed Order to be served upon all counsel of record via the Court's CM/ECF system.

Dated: April 24, 2025          *s/ Michael R. Darbee*
                                              MICHAEL R. DARBEE