# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELI LILLY AND COMPANY,<br><br>*Plaintiffs*,<br><br>v.<br><br>EMPOWER CLINIC SERVICES, LLC d/b/a EMPOWER PHARMACY, EMPOWER CLINIC SERVICES NEW JERSEY LLC d/b/a EMPOWER PHARMA,<br><br>*Defendants*. | Civil Action No.: 2:25-CV-02183-MEF-MAH<br><br>***Electronically Filed***<br><br>**ORDER** |

**THIS MATTER** having been opened to the Court by the parties, Plaintiff Eli Lilly and Company ("Plaintiff" or "Eli Lilly"), and Defendants Empower Clinic Services, L.L.C. d/b/a Empower Pharmacy (incorrectly named as "Empower Clinic Services, LLC d/b/a Empower Pharmacy") and Empower Clinic Services New Jersey, LLC d/b/a Empower Pharma (incorrectly named as "Empower Clinic Services New Jersey LLC d/b/a Empower Pharma") (collectively, "Empower" or "Defendants"), through a Stipulation Extending Time for Defendants to Answer or Otherwise Plead in response to Plaintiff's Complaint (D.E. 1), and for good cause shown:

**IT IS** on this _____ day of April 2025:

**ORDERED** that the time for Defendants to answer, move, or otherwise respond to Plaintiff's Complaint, filed on April 1, 2025 (D.E. 1), shall be extended to June 5, 2025. It is further

**ORDERED** that if Defendants file a dispositive motion in lieu of an answer, the parties will file their briefs according to the following schedule:

- Defendants' opening brief will be filed by June 5, 2025;

1

153819164

- Plaintiff's opposition brief will be filed by July 25, 2025; and

- Defendants' reply brief (if any) will be filed by August 22, 2025.

**SO ORDERED**

*s/Michael A. Hammer*
**Michael A. Hammer, U.S.M.J.**
Date: 4/24/25

HONORABLE MICHAEL A. HAMMER
UNITED STATES MAGISTRATE JUDGE

2