| | |
|---|---|
| **BLANK ROME LLP** <br> *A Pennsylvania LLP* <br> STEPHEN M. ORLOFSKY <br> New Jersey Resident Partner <br> MICHAEL R. DARBEE <br> 300 Carnegie Center, Suite 220 <br> Princeton, New Jersey 08540 <br> Phone: (609) 750-2646 <br> Fax: (609) 897-7286 <br> Stephen.Orlofsky@BlankRome.com <br> Michael.Darbee@BlankRome.com | **BLANK ROME LLP** <br> *A Pennsylvania LLP* <br> RACHAEL PONTIKES (*pro hac vice forthcoming*) <br> SUSAN DEWEY (*pro hac vice forthcoming*) <br> 444 West Lake Street, Suite 1650 <br> Chicago, IL 60606 <br> Phone: (312) 776-2587 <br> Rachael.Pontikes@BlankRome.com <br> Susan.Dewey@BlankRome.com <br> <br> ** Additional counsel on signature page ** |

**BLANK ROME LLP**
*A Pennsylvania LLP*
SHANNON E. MCCLURE
One Logan Square
130 N. 18th Street
Philadelphia, PA 19103
Phone: (215) 569-5586
Shannon.McClure@BlankRome.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ELI LILLY AND COMPANY, <br> <br> Plaintiff, <br> <br> vs. <br> <br> EMPOWER CLINIC SERVICES, LLC d/b/a EMPOWER PHARMACY, EMPOWER CLINIC SERVICES NEW JERSEY, LLC d/b/a EMPOWER PHARMA, <br> <br> Defendants. | Civil Action No. 2:25-cv-02183 (MEF) (MAH) <br> <br> *Electronically Filed* <br> <br> **NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT** <br> <br> **To: Hon. Michael E. Farbiarz, U.S.D.J.** <br> <br> **Return Date: To Be Set by the Court** <br> <br> **Oral Argument Requested** |

TO:   Liza M. Walsh
       Selina M. Ellis
       Lauren R. Malakoff
       **WALSH PIZZI O'REILLY FALANGA LLP**
       Three Gateway Center

154282240

100 Mulberry Street, 15th Floor
Newark, NJ 07102
(973) 757-1100
*Attorneys for Plaintiff*

**PLEASE TAKE NOTICE** that on a date and time to be set by the Court in accordance with the Court's Order at ECF No. 11, the undersigned attorneys for Defendants Empower Clinic Services, LLC d/b/a Empower Pharmacy; and Empower Clinic Services New Jersey, LLC d/b/a Empower Pharma, shall move before the Honorable Michael E. Farbiarz, United States District Judge for the District of New Jersey, for an Order dismissing Plaintiff's Complaint for failure to state a claim upon which relief can be granted pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

**PLEASE TAKE FURTHER NOTICE** that in support of its motion, Defendants will rely on the accompanying Memorandum of Law and Declaration of Stephen M. Orlofsky.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted with this motion.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Civil Rule 78.1, Defendants request oral argument.

Dated:  June 5, 2025                                *s/ Stephen M. Orlofsky*

**BLANK ROME LLP**
*A Pennsylvania LLP*
STEPHEN M. ORLOFSKY
New Jersey Resident Partner
MICHAEL R. DARBEE
300 Carnegie Center, Suite 220
Princeton, New Jersey 08540
Phone: (609) 750-2646
Fax: (609) 897-7286
Stephen.Orlofsky@BlankRome.com
Michael.Darbee@BlankRome.com

**BLANK ROME LLP**
*A Pennsylvania LLP*
SHANNON E. MCCLURE
One Logan Square
130 N. 18th Street
Philadelphia, PA 19103
Phone: (215) 569-5586
Shannon.McClure@BlankRome.com

**BLANK ROME LLP**
*A Pennsylvania LLP*
RACHAEL PONTIKES (*pro hac vice forthcoming*)
SUSAN DEWEY (*pro hac vice forthcoming*)
444 West Lake Street, Suite 1650
Chicago, IL 60606
Phone: (312) 776-2587
Rachael.Pontikes@BlankRome.com
Susan.Dewey@BlankRome.com

**HYMAN PHELPS McNAMARA PC**
*A District of Columbia PC*
KARLA L. PALMER (*pro hac vice forthcoming*)
700 Thirteenth Street NW, Suite 1200
Washington, DC 20005
Phone: (202) 737-7542
KPalmer@hpm.com

**ELLIS GEORGE LLP**
*A California LLP*
KEITH WESLEY (*pro hac vice forthcoming*)
2121 Avenue of the Stars, Suite 300
Los Angeles, CA 90067
Phone: (310) 274-7100
KWesley@ellisgeorge.com

## CERTIFICATION OF SERVICE

  I certify that on this date, I caused a copy of the foregoing Notice of Motion to Dismiss Plaintiff's Complaint, Memorandum of Law in Support of Motion to Dismiss, Declaration of Stephen M. Orlofsky, and proposed form of Order to be filed and served on the Clerk and all counsel of record via the Court's CM/ECF system.

*s/ Stephen M. Orlofsky*
Stephen M. Orlofsky

Dated: June 5, 2025