Liza M. Walsh
Selina M. Ellis
Lauren R. Malakoff
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
(973) 757-1100

*Counsel for Plaintiff Eli Lilly and Company*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ELI LILLY AND COMPANY, ) )  Plaintiff, ) ) v. ) ) EMPOWER CLINIC SERVICES, LLC d/b/a ) EMPOWER PHARMACY, EMPOWER ) CLINIC SERVICES NEW JERSEY LLC ) d/b/a EMPOWER PHARMA, ) ) Defendants. ) | Case No.: 2:25-cv-02183-MEF-MAH |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Eli Lilly and Company voluntarily dismisses the above-captioned action in its entirety without prejudice. In accordance with Fed. R. Civ. P. 41(a)(1), Defendants have neither filed an answer to Plaintiff's Complaint nor a motion for summary judgment. Dismissal under Fed. R. Civ. P. 41(a)(1) is therefore appropriate.

|  |  |
|---|---|
| Dated: July 25, 2025 | Respectfully submitted, |

<table>
<tr><td>

OF COUNSEL (*not admitted pro hac vice*):

James F. Hurst
Diana M. Watral
Robin McCue
Ryan Moorman
James Hileman
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
james.hurst@kirkland.com
diana.watral@kirkland.com
robin.mccue@kirkland.com
ryan.moorman@kirkland.com
jhileman@kirkland.com

Joshua L. Simmons
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.simmons@kirkland.com

David I. Horowitz
KIRKLAND & ELLIS LLP
2049 Century Park East, 38th Floor
Los Angeles, CA 90067
Telephone: (310) 552-4200
dhorowitz@kirkland.com

</td><td>

*/s/ Liza M. Walsh*
Liza M. Walsh
Selina M. Ellis
Lauren R. Malakoff
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
(973) 757-1100

*Counsel for Plaintiff Eli Lilly and Company*

</td></tr>
</table>

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 25, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered users.

/s/ *Liza M. Walsh*
Liza M. Walsh